**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Court File No. 0:00-CV-40 DWF/AJB**

---

Gustafson Associates,
a Minnesota partnership,
Plaintiff,

v.

AM Cosmetics, Inc.,
a New Jersey corporation,
Defendant.

**STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO AMENDED COMPLAINT**

---

IT IS HEREBY STIPULATED AND AGREED, by and between the counsel for plaintiff, Gustafson Associates, and defendant, AM Products Company, f/k/a AM Cosmetics, Inc. ("AM") that AM's time to answer or otherwise move with respect to the amended complaint herein is extended to and including July 20, 2000.

Dated: June 20, 2000

Dan Biersdorf
Attorney I.D. No. 8187
E. Kelly Keady
Attorney I.D. No. 233729
Biersdorf & Associates, P.A.
4100 Multifoods Tower
33 South Sixth Street
Minneapolis, MN 55402
(612) 339-7242
ATTORNEYS FOR PLAINTIFF

FILED JUN 27 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD____________
DEPUTY CLERK____________

**FAEGRE & BENSON LLP**
Attorneys for Defendant

By: ______________________
Thomas L. Kimer (#55736)
2200 Norwest Center
90 South Seventh Street
Minneapolis, Minnesota 55402-3901
Telephone: (612) 336-3000

**BAKER & McKENZIE**
Attorneys for Defendant

By: ______________________
Robert P. Lewis
805 Third Avenue
New York, New York 10022
Telephone: (212) 751-5700

**SO ORDERED:**

______________________
~~U.S.D.J.~~ USMJ 6/26/00



[NYC] 333175.1